IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

ROMONT L. ROBBINS, SR., #2003982 §
§
VS. § CIVIL ACTION NO. 4:17cv507
§
DIRECTOR, TDCJ-CID §

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Petitioner filed objections.

After reviewing the Report and Recommendation and conducting a *de novo* review of Petitioner's objections, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

The Magistrate Judge recommends the petition be dismissed as time-barred. In his objections, Petitioner provides no information to dispute the Magistrate Judge's finding that Petitioner filed his federal habeas petition four hundred and nine days beyond the limitations period. The majority of Petitioner objections concern either his participation in a lawsuit against Grayson County[1] (s*ee* Dkt. #16-1, p. 1-7), or substantive claims for habeas relief (*see* Dkt. #16-1, p. 8-10; 16-2, p. 6-15; Dkt. #16-3). Indeed, Petitioner's objections include a three-page recitation of his

---

[1] The civil law suit, *Pamela McGraw, Et Al v. J. Keith Gary, Et Al* (4:15-cv-451), to which Petitioner was a party, is not connected to Petitioner's instant federal action (4:17-cv-507).

1

arrest, conviction, and participation in the lawsuit against Grayson County Jail (Dkt. #16). Petitioner's recitation does reflect that he filed a grievance with the Grayson County Jail, alleging he was denied access to the jail law library on June 18, 2015 (Dkt. #16-2, p. 2-4). However, as the Report and Recommendation demonstrates, Petitioner's limitations period did not begin to run until June 19, 2015 (*See* Dkt. 12, p. 3); thus, the one-day denial of access to the law library did not occur during the limitations period. The issues raised by Petitioner do not refute the Magistrate Judge's finding that Petitioner filed an untimely habeas petition.

In addition to Petitioner's objections, on May 4, 2018, Petitioner filed further correspondence with the Court (Dkt. #17). In such correspondence, Petitioner raises issues ranging from reassertions of claims originally raised in his § 2254 Petition to complaints about the attorney who handled the civil law suit against Grayson County, to which Petitioner was a party. Petitioner, once again, fails to raise objections to the Magistrate Judge's Report and Recommendation. It is therefore

**ORDERED** the petition for writ of habeas corpus is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is further

**ORDERED** all motions by either party not previously ruled on are hereby **DENIED**..

**SIGNED this the 21st day of June, 2018.**

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE